UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK PEARL 98 INC., d/b/a Joe's Food Mart,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:26-cv-02805-JLT-EPG<br><br>ORDER RE: VOLUNTARY DISMISSAL PURUSANT TO RULE 41(a)(1)(A)(ii) WITH PREJUDICE<br><br>(ECF No. 5). |

On June 16, 2026, the parties filed a stipulation of dismissal of this case pursuant to Rule 41(a)(1)(A)(ii). (ECF No. 5). The stipulation provides the following:

Plaintiff, Black Pearl 98 Inc. d/b/a Joe's Food Mart, by and through its undersigned counsel, and Defendant the United States of America, by and through its undersigned counsel, jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

(*Id.*)

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   **June 17, 2026**         /s/ *Erica P. Grosj*
UNITED STATES MAGISTRATE JUDGE

1